AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2010 OCT 26 PM 4:06

U.S. ... OHIO
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT R. SACCO | ) | Case No. 3:10cr.178 |
| Defendant | ) | TIMOTHY S. BLACK |
| | ) | 6:10-mj-1348-1 |

**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) ROBERT R. SACCO,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: Conspiracy to Defraud the United States by Impeding and Impairing the Internal Revenue Service, in violation of 18 U.S.C. § 371.
COUNT 2: Conspiracy to Commit Mail Fraud, Wire Fraud and Money Laundering, in violation of 18 U.S.C. §§ 1341, 1343, 1957 and 1349.
COUNTS 3-12: Wire Fraud, in violation of 18 U.S.C. § 1343.
COUNTS 14 - 52: Money Laundering, in violation of 18 U.S.C. § 1957.
COUNTS 53-68: Attempt to Evade and Defeat Tax, in violation of 26 U.S.C. § 7201.

Date: _____

_Issuing officer's signature_

City and state: DAYTON, OHIO

JUDGE THOMAS M. ROSE
_Printed name and title_

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 10/26/10
JAMES BONINI, CLERK
BY: M. Fa
Deputy Clerk
DATE 10/27/10

_Arresting officer's signature_

_Printed name and title_